WOODSON R. OGLESBY, Appellant, v. EDWARD H. CRANWELL, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

JANE RECHTWEG, an Infant, by DOROTHY C. RECHTWEG, Her Guardian ad Litem, and Others, Respondents, v. KENELMN H. EDEN and Others, Constituting the Board of Water Commissioners of the Manhasset-Lakeville Water District in the Town of North Hempstead, Nassau County, New York, and Kenelmn H. Eden and Others, Constituting the Board of Fire Commissioners of the Manhasset-Lakeville Fire District in the Town of North Hempstead, Nassau County, New York, Manhasset-Lakeville Water District, Manhasset-Lakeville Fire District, and Another, Appellants, and Another, Defendant.— Motion of Manhasset-Lakeville Water District and Manhasset-Lakeville Fire District for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

EILEEN WHITE, an Infant, by JOHN P. WHITE, Her Guardian ad Litem, and JOHN P. WHITE, Respondents, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.— Motion to modify the decision and order of this court dated February 5, 1937 [249 App. Div. 520], by striking therefrom the provision for all costs against the plaintiffs granted, and the decision and order are amended accordingly. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

JOSEPH C. GESSNER and JOHN D. ROSS, Appellants, v. THE CITY OF NEW YORK, Respondent.— Action for damages by owner and tenant of real property, based upon the theory of negligence, nuisance and lack of lateral support. Judgment dismissing the complaint for failure to establish a cause of action unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

HOME OWNERS' LOAN CORPORATION, Respondent, v. GEORGE B. ALFKE and HELEN ALFKE, Appellants.— Order confirming referee's report of sale and directing the entry of a deficiency judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.